Stefanie OLSON, Claimant/Appellant,

v.

BANK OF AMERICA,
Employer/Respondent,

and

Division of Employment Security,
Respondent.

No. ED 97711.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 23, 2012.

John J. Ammann, St. Louis, MO, for Claimant/Appellant.

Bank of America, NA, Acting Pro Se, c/o Ernst and Young, LLP Dallas, TX.

Robert A. Bedell, Jefferson City, MO, for Respondent/Respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Stefanie Olson appeals from the Labor and Industrial Relations Commission's (Commission) decision finding that she was disqualified from unemployment benefits. We have reviewed the briefs of the parties and the record on appeal and conclude the Commission's decision is supported by competent and substantial evidence. Section 288.210 RSMo 2006. An extended opinion would have no precedential value. We have, however, provided a memoran-

dum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).